RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 18 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Diane B. Doriney
_____
Plaintiff

vs.

Fiserv (also known as fiserv
_____
Defendant
Solutions, Inc.)

CAF

1 13-CV-3450

## TITLE VII COMPLAINT

1. Plaintiff resides at  3182 Oaktree Ct Duluth GA 30096

2. Defendant(s) names (s)  Fiserv (also Known as Fiserv Solutions Inc.)

Location of principal office(s) of the named defendant(s)
255 Fiserv Dr., Brookfield WI 53045

Nature of defendant(s) business  Fiserv (also known as fiserv Solutions Inc)

Approximate number of individuals employed by defendant(s)  +5000

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

4. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. __X__ Termination of my employment.
   C. _____ Failure to promote me.
   D. __X__ Other (Specifiy) _Retaliation for complaining about discriminatory conduct_

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. __X__ not presently employed by the defendant. The dates of plaintiff's employment were _3/15/2006_ to _10/20/2010_
   The reasons plaintiff was given for termination of employment is/are:
   (1) __X__ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. __X__ my race
   B. _____ my religion.
   C. __X__ my sex.
   D. _____ my national origin.
   E. __X__ Other (specify) _Age_

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Conny Bregar, White, female, Manager of Financial Accounting Services Group

Wendy Johnson, White, female, VP and Director of Professional Services

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

After complaining from May 2009 to May 2010 of unfair treatment, Ms Bregar during this timeframe retaliated in multiple ways. In September 2010 I was fired.

Please see attached complaint document.

-3-

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. The alleged illegal activity took place at  Fiserv, 107 Techonology Parkway, Norcross GA 30092

_____

10. A. _____  I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____  I have not filed a charge.

11. A.  ✓  I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on  received 7/20/2013  (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____  I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

I am seeking back pay, forward pay and damages of $6,000,000

10/18/2013
Date

Diane B Downey
Signature of Plaintiff

Address: 3182 Oaktree Ct
Duluth GA 30096

Telephone: (401) 339-2998

Complaint for United States District Court
Northern GA District
Doriney V Fiserv

In the fall of 2008, my boss, Conny Bregar, Manager of Financial Accounting Services Group assigned fewer software implementation projects for OPS and PPS to me than my white male co-worker, Robert Amodeo. In 2009, I learned and began implementing the Prologue suite of software projects as well as OPS and PPS. At this point, I had implementation experience on more products than any other Implemented.

During the first quarter of 2010, the great flood that hit Atlanta and a water main break forced an evacuation to the building we occupied. Wendy Johnson, VP and Director of Professional Services issued a letter naming who could work from home and who had to report to a temporary Fiserv facility. All the white consultants were listed as working at home. All the African American consultants had to come into the office. Sylvester Smith addressed this issue with Ms. Johnson and she allowed all consultants to work from home.

On February 3, 2010 I asked Conny Bregar for additional work because she was not assigning projects to me that would result in billable days (Exhibit
1.) In the first quarter of 2010, I received 9 billable days as compared to David Blackmore who received 25. We had both trained to implement Prologue at the same time. I was the only woman as well as the oldest person in the group. The two African American males had fewer days than the white males but all males had more than me. Conny Bregar asked all Implementation Consultants to sign the incentive compensation plan on May 10 to which I responded to Ms. Bregar (with Ms. Johnson and Julie Dugan, HR Director copied) and raised concerns about the fact that she was not assigning projects to me consistent with the other Consultants which would negatively affect my annual compensation (Exhibit 2.) I referenced that I had previously raised concerns about the unfairness of the assignment of projects in May 2009 with Ms. Johnson. Ms. Johnson had promised at that time to address the issues with Human Resources. The issues, based on the assignment of work, were never addressed. In May 2010, I again sat with Ms. Johnson and told her that I was being treated unfairly by Ms. Bregar. I also alerted Ms. Johnson to the fact that the African Americans (5 of us) felt that there was discrimination at all levels of management. She again promised to address the issue with HR.

In the Spring of 2010 Fiserv administered a survey in which I complained of discrimination and retaliation. We were asked to provide information that allowed Fiserv to identify our department and or give our name.

On May 20, 2010 I complained to Ms. Bregar with Ms. Johnson and Ms. Dugan copied that she was retaliating against me and treating me differently than the men because of my complaints (Exhibit 3.) I felt that I was working in a hostile work environment because of the veiled threats against me. No one responded to my email. Ms. Bregar had engaged in other retaliatory, hostile and discriminatory acts but this was the first in writing.

In late June 2010, 3 data analyst were laid off, two African American women and one white man. In early July, when Sylvester Smith (African American) ended several clients visits and came back to the office, we were placed on performance improvement plans (PIP) and subsequently fired in retaliation for complaints to and about Ms. Bregar. I gave a rebuttal to my PIP because I had documentation to prove that most of the allegations were false. Of the 5 people involved in the firings and lay off, all were African American except one. The white man was quietly hired back into another Fiserv division, in or around September 2010. That left one African American who was new to the company reporting to Ms. Bregar.

Signed _____     Date <u>October 18, 2013</u>

       Diane B Doriney